ORIGINAL

17MAG8300

Approved: [signature]
ALISON G. MOE / MICHAEL C. McGINNIS
Assistant United States Attorneys

U.S. DISTRICT COURT FILED NOV 03 2017 DS S.D. OF N.Y.

Before: THE HONORABLE BARBARA C. MOSES
United States Magistrate Judge
Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **SEALED COMPLAINT** DOC # |
| | : | Violation of 7 U.S.C § 2156(b) and 18 U.S.C. § 2 |
| - v. - | : | |
| ANTONIO VELEZ, | : | COUNTY OF OFFENSE: BRONX |
| Defendant. | : | |

SOUTHERN DISTRICT OF NEW YORK, ss.:

DENNIS STEELE, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD") and charges as follows:

**COUNT ONE**
**(Animal Fighting)**

1. From at least in or about August 2015 up to and including at least in or about August 19, 2016, in the Southern District of New York and elsewhere, ANTONIO VELEZ, the defendant, and others known and unknown, knowingly did sell, buy, possess, train, transport, deliver, and receive an animal for purposes of having the animal participate in an animal fighting venture, as defined in Title 7, United States Code, Section 2156(g)(1), to wit, VELEZ trained roosters for cockfighting at a location in the Bronx, New York.

(Title 7, United States Code, Section 2156(b).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

2. I am a Detective with the New York City Police Department ("NYPD") Animal Cruelty Investigations Squad and I am one of the case agents with primary responsibility for this investigation. I have been employed by the NYPD for approximately 10 years. During that time, I have received training and have participated in criminal investigations relating to animal cruelty, including cockfighting. As part of those investigations, have made and participated in arrests of individuals who have committed such offenses.

3. The information contained in this Complaint is based upon my personal knowledge, as well as information obtained during this investigation, directly or indirectly, from other sources, including, but not limited to: (a)conversations with, and reports of interviews with, non-law-enforcement witnesses; and (b) conversations with, and reports prepared by, other law enforcement agents. Because this Complaint is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions and statements of and conversations with others are reported herein, they are reported in substance and in part. Where figures, calculations, and dates are set forth herein, they are approximate, unless stated otherwise.

**Background**

4. Based on my training and experience, I have learned the following about the activity commonly known as "cockfighting":

a. Cockfighting is an activity in which a knife, gaff, or other sharp instrument is attached to the legs of roosters for the purpose of fighting each other. A cockfight using a knife or gaff is sometimes referred to as a "postiza."

b. A cockfight often occurs in a walled-in "pit" surrounded by spectator benches. The fights between the roosters may be supervised by a referee. The fight is ended when one rooster is dead or refuses to continue to fight. If not killed during the fight, the losing rooster is typically killed after the fight.

c. Roosters involved in cockfighting will often be groomed or mutilated in distinct ways, such as the trimming and removal of the comb and wattle, and the trimming and shaping of the spur. This is often referred to as "dubbing."

d. Individuals involved in cockfighting will often take measures to train their roosters for fighting. Training can include forcing roosters to run up ladders to build strength. Training can also include "sparring" matches, during which birds may have their spurs covered with "sparring mitts" to ensure the roosters do not kill each other in the practice match. Training may also include the use of a "dummy rooster," which is used to provoke the rooster and prompt an aggressive response. In addition, individuals involved in cockfighting may give vitamin supplements and/or steroids to roosters to enhance their fighting potential.

e. Individuals involved in cockfighting will often closely monitor the weights of their roosters, because roosters are often fought based on specific weight classes. In order to reduce the weight of roosters, and to avoid overheating during a match or during transport, individuals in cockfighting will often trim or shave the feathers on the legs, underside, and/or sides of the rooster's body.

f. Under Section 161.01 of the New York City Health Code, a rooster is deemed a "wild animal" and ownership and possession of roosters is prohibited within New York City.

5. Since approximately August 2016, the NYPD has been investigating a cockfighting ring based out of a warehouse in the Bronx (the "Bronx Training Pit") where roosters were stored and trained for fighting. As described below, that investigation has revealed that ANTONIO VELEZ, the defendant, assisted the operators of the Bronx Training Pit in training roosters for cockfighting.

**The Bronx Training Pit**

6. Based on my personal observations and my review of law enforcement reports, I have learned the following:

a. On or about August 19, 2016, members of the NYPD Animal Cruelty Investigation Squad visited the Bronx Training Pit. The NYPD officers observed an individual, later identified as ANTONIO VELEZ, the defendant, walk up to the Bronx Training Pit while carrying three animal carrier boxes. Based on my training and experience, the boxes were a type of shipping carrier that is typically used to transport live animals—in particular, roosters or hens—when they are shipped through the mail. As VELEZ approached the Bronx Training Pit, he placed the boxes on the floor and removed a key from his pocket. The sound

of roosters crowing appeared to be coming from the boxes.

b. Several hours later, the NYPD officers knocked on the door of the Bronx Training Pit, and VELEZ answered the door. VELEZ stated, in sum and substance, that he was an employee of an ironworking company, and he invited the officers in and walked them to the office area of the building, where VELEZ said his "boss" might be. Upon entering the building, the NYPD officers observed multiple roosters in cages throughout the building. Some of the roosters appeared to be dubbed, see supra ¶ 4(c). The NYPD officers also observed sparring mitts, see supra ¶ 4(d), and what appeared to be blood spatter on the walls in one of the rooms.

c. Based on my experience in investigating animal cruelty cases, the presence of large numbers of roosters in a non-farm setting, the mutilations on the birds, the training mitts, and the blood spatter on the walls, all indicate that the roosters were maintained and trained for cockfighting.

7. That same day, ANTONIO VELEZ, the defendant, agreed to a voluntary interview at the 46th Police Precinct. After being advised of his Miranda rights, VELEZ stated, in sum and substance, the following:

a. Over the past year, VELEZ has been paid by two individuals, who VELEZ knows as "Freddy" and "El Mamu," to pick up roosters from the post office and bring them to the Bronx Training Pit location. VELEZ stated that he has never seen actual rooster fighting at the location, and that he does not fight the roosters, but that he helps "Freddy" and "El Mamu" to train the roosters once a week by giving the roosters water and putting "fighting boots" on the birds. Based on my training and experience, the term "fighting boots" appears to refer to sparring mitts. See supra ¶ 4(d).

**The Search of the Bronx Training Pit**

8. Pursuant to a judicially-authorized search warrant, members of the NYPD animal cruelty investigation squad conducted a search of the Bronx Training Pit on or about August 19, 2016 with the assistance of the American Society for the Prevention of Cruelty to Animals ("ASPCA"). Based on my participation in that search, as well as my review of photographs and reports from the search, I have learned that the following evidence was recovered from the Bronx Training Pit:

a. A total of 125 birds were seized from the Bronx Training Pit, including sixty-one roosters, three juvenile male chickens, thirty-two hens, and twenty-nine chicks. The birds were individually housed in cages. The birds were subsequently examined by veterinarians at the ASPCA. Based on my review of a report from the veterinarians, I have learned that approximately 72% of the roosters had their comb, wattles, and/or earlobes, or a portion thereof, trimmed or completely removed. Some of the alterations appeared to be recent, given that the birds had dried blood on their faces and scabbing. Some of the birds had scars on their head that, according to the veterinarians, appear to be from previous traumatic wounds. Some of the birds had wing bands with identifiers, which identifiers appeared to indicate that the birds were from Puerto Rico.

b. One of the rooms inside the Bronx Training Pit contained an incubator holding thirty-three eggs labeled in manner that, in my training and experience, appears to reflect information about the breeding pair that produced the egg.

c. In a small room, where no live animals were housed, NYPD officers discovered what appeared to be, based on my training and experience, a training pit for fighting roosters. The left front corner of the room was lined with strips of carpet that were approximately one foot high and approximately eight feet long. The walls and door of this area were spattered with brownish-red stains, which were later tested positive for non-human blood. Items recovered from this room included: gaffs, sparring mitts, a digital scale, and a dummy rooster. Based on my training and experience, these items all appear to be cockfighting paraphernalia. See supra ¶¶ 4(a), (d), and (e).

d. In one room, NYPD officers discovered a plastic set of cabinets containing bottles of vitamins, supplements, steroids, and liquid bandages, as well as syringes. Several of the bottles were specifically labeled as cockfighting supplements. For example, one pack of pills was labeled for "Fighting cocks, chickens, hens, and small animals." Another was labeled, in Spanish, "Ultimate Power Source for Fighting Cocks." Below is a photograph of one of the bottles, which, based on my training and experience, appears to depict one rooster stabbing another rooster with a gaff:




WHEREFORE, I respectfully request that an arrest warrant be issued for ANTONIO VELEZ, the defendant, and that he be arrested and imprisoned or bailed, as the case may be.

DENNIS STEELE
Detective
New York City Police Department

Sworn to before me this
2d day of November 2017

THE HONORABLE BARBARA C. MOSES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK